IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ADVANCED CODING TECHNOLOGIES LLC, § § §  *Plaintiff*, § v. § LG ELECTRONICS INC. and § LG ELECTRONICS U.S.A., INC., § *Defendants*. § § | CASE NO. 2:22-cv-00501-JRG (LEAD CASE) |
| ADVANCED CODING TECHNOLOGIES LLC, § § §  *Plaintiff*, § v. § SAMSUNG ELECTRONICS CO., LTD. § and SAMSUNG ELECTRONICS § AMERICA INC., § *Defendants*. § § | CASE NO. 2:22-cv-00499-JRG (Member Case) |

## ORDER

Before the Court is the Joint Motion to Dismiss with Prejudice (the "Motion") filed by Plaintiff Advanced Coding Technologies, LLC ("Plaintiff" or "ACT") and Defendants Samsung Electronics Co. Ltd., and Samsung Electronics America, Inc. ("Defendants" or "Samsung") (collectively, the "Parties"). (Dkt. No. 220.) In the Motion, the Parties "request that all claims asserted against Samsung by ACT herein are dismissed, with prejudice; that all claims and defenses asserted against ACT by Samsung herein are dismissed, with prejudice, and that the Parties further request that all attorneys' fees, costs of court and expenses be borne by each Party incurring the same." (*Id*. at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that all claims asserted in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs,

expenses, and attorneys' fees. All pending requests for relief in the above-captioned Member Case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned Lead Case and Member Case as no parties or claims remain.

**So ORDERED and SIGNED this 13th day of September, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE